UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  5:22-cv-00110-PA (AFM)                                      Date:  April 21, 2022

Title    Ronnie Joseph Paez v. Colton Police Station et al

Present: The Honorable:     ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**  Order to Show Cause for --
(1) **Failure to Pay the Initial Partial Filing Fee**
(2) **Failure to File a First Amended Complaint**

**Failure to Pay the Initial Partial Filing Fee:**  On February 28, 2022, plaintiff was granted permission pursuant to 28 U.S.C. § 1915(b)(1) to file the above-referenced action without prepaying the full filing fee of $350.00, but was ordered to pay an initial partial filing fee of $16.92 within thirty (30) days of the Clerk of the Court.  (ECF No. 8.)  Plaintiff has not complied with the February 28, 2022 order, and **plaintiff is hereby ordered to show cause why this action should not be dismissed without prejudice for plaintiff's failure to pay the initial partial filing fee.**

**Failure to File a First Amended Complaint**:  On March 3, 2022, the Court dismissed plaintiff's Complaint with Leave to Amend ("Order") and advised plaintiff that if he desired to pursue the action he may file a First Amended Complaint remedying the pleading deficiencies discussed in the Order within thirty (30) days of the Order. (ECF No. 9.)  Plaintiff was admonished that if he failed to timely file a First Amended Complaint, the Court would recommend that the action be dismissed. The docket shows that, as late as the date of this Order, plaintiff has not filed a First Amended Complaint, and **plaintiff is hereby ordered to show cause why this action should not be dismissed without prejudice for plaintiff's failure file a First Amended Complaint.**

**Accordingly, IT IS ORDERED that within twenty-one (21) days from the date of this Order, plaintiff shall show cause in writing why this action should not be dismissed without prejudice.** The payment of the initial partial filing fee of 16.92 and the filing of a First Amended Complaint within 21 days shall discharge this Order to Show Cause.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   5:22-cv-00110-PA (AFM)                                        Date:  April 21, 2022

Title          Ronnie Joseph Paez v. Colton Police Station et al

**Plaintiff is admonished that if he fails to pay the initial partial filing fee or if he fails to timely file a First Amended Complaint remedying the pleading deficiencies, the Court will recommend that this action be dismissed without prejudice.**

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | ib |