# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE JOSEPH PAEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COLTON POLICE STATION, et al.,<br><br>　　　　Defendants. | Case No. 5:22-cv-00110-PA-AFM<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed, and Objections have not been received. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

　　IT THEREFORE IS ORDERED that Judgment be entered dismissing this action without prejudice for failure to prosecute and failure to comply with Court orders.

DATED: June 24, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE