JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE JOSEPH PAEZ, | Case No. 5:22-cv-00110-PA-AFM |
| Plaintiff, | |
| v. | **JUDGMENT** |
| COLTON POLICE STATION, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice for failure to prosecute and failure to comply with Court orders.

DATED: June 24, 2022

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE